**Order entered February 12, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01147-CV

**JESUS GARCIA, Appellant**

**V.**

**CURTIS DAVIS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-09-08253-A**

## ORDER

The Court has before it appellant's February 8, 2013 first unopposed motion for extension of time to file his reply brief. The Court **GRANTS** the motion and **ORDERS** appellant to file any reply brief by February 25, 2013.

/s/     ELIZABETH LANG-MIERS
        JUSTICE